Opinion by OLIVER, P. J.  At the trial the collector's letter and statement attached to each entry showing goods remaining in warehouse on said date were received in evidence.  The bottles holding more than 1 pint were held dutiable at ⅕ cent per pound and those holding not more than 1 pint and not less than one-fourth of 1 pint at ¼ cent per pound as claimed.

**No. 49907.**—Protests 58030–K, etc., of Fan Co. et al. (New York).

Opinion by OLIVER, P. J.  At the trial the Government chemist testified on behalf of the plaintiffs that he had analyzed samples of said merchandise and found them to be composed entirely of synthetic phenolic resin.  In view thereof and following Abstract 49595 the claim under paragraph 1558 was sustained to this extent.

**No. 49908.**—Protests 69288–K, etc., of Chekiang Co. et al.  (New York).

Opinion by OLIVER, P. J.  At the trial the Government chemist testified on behalf of the plaintiffs that he had analyzed samples of said merchandise and found them to be composed entirely of synthetic phenolic resin.  In view thereof and following Abstract 49595 the claim under paragraph 1558 was sustained to this extent.

BEFORE THE FIRST DIVISION, DECEMBER 27, 1944

**No. 49909.**—Protest 8785–K of Ciba Co., Inc.  (New York).

Opinion by COLE, J.  It was agreed in a written stipulation that the merchandise in question contains materials provided for in said section 701 as follows: Sapamine KWC pat—53 percent; Preparation 6640 conc.—57 percent.  In accordance therewith it was held that the two coal-tar colors in question are subject to internal revenue tax at 3 cents per pound provided for in said section 701 to the extent that the weight by quantity of the taxable material bears to the total weight of each of the imported products.  Protest sustained to this extent.

**No. 49910.**—Protest 25936–K of Ciba Co., Inc. (New York).

Opinion by COLE, J.  In accordance with stipulation of the interested parties